UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  **4:19 CR 715 SRC NAB** |
| FELIPE Q. LORTHRIDGE, SR., | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Gregory M. Goodwin, Special Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is currently on supervised release following a finding of guilt on one count of conspiracy to distribute narcotics. [Doc. 74] Defendant was originally sentenced to a term of 151 months followed by eight years of supervised release. [Doc. 86] After a review and remand by the United States Court of Appeals for the Eighth Circuit, the Court issued findings of fact and conclusions of law with respect to Defendant's objections to a report and recommendation filed on May 13, 2002. [Doc. 100] That report found no Fourth Amendment violation. [Id. at 3] the Eighth Circuit then affirmed Defendant's conviction. [Doc. 103] Defendant later filed a motion to reduce his sentence, and the Court granted that motion and reduced Defendant's sentence to 121 months. [Doc. 115, 116]. Defendant was later released on supervised release, which was revoked on November 4, 2011. [Doc. 160] Defendant was sentenced to ten months' imprisonment followed by a term of 7 years supervision

on supervised release [Doc. 160] Again, Defendant was released on supervised release, and again this Court revoked his supervised release. [Doc. 191] This time, Defendant was sentenced to 36 months' imprisonment, followed by five years of supervised release. [Doc. 191] Defendant was again released on supervised release.

    2.    According to St. Louis Metropolitan Police Investigative Report #19-035239, on July 23, 2019, Defendant was driving a white Impala and failed to make a complete stop at a stop sign. Officers then attempted to perform a traffic stop. As officers exited their patrol car and approached the white Impala, Defendant drove off at a high rate of speed. Officers gave chase. During the chase, Defendant violated several stop signs, Defendant caused the car he was driving to go airborne multiple time after striking speed bumps, and Defendant almost struck multiple other cars as Defendant drove into oncoming traffic more than one time. Officers temporarily lost sight of the white Impala, but the officers found the white Impala at 3035 Cass, where Defendant had driven it off the road. Officers then saw Defendant exit the white Impala and attempt to run away from the officers on foot. As officers drove their car to a parking lot near where Defendant was running, officers saw Defendant fall to his knees and throw a handgun. Defendant then got up and ran briefly before falling to the ground again. Officers then apprehended Defendant, and located a handgun near where Defendant had fallen the first time. Officers also found what was later confirmed to be cocaine base on Defendant's person and drug paraphernalia in the white Impala. Defendant told officers—after receiving Miranda warnings and agreeing to speak with the officers—that Defendant ran because Defendant is a convicted felon and did not want to be caught with his gun.

    3.    Defendant has a prior conviction in this District for conspiracy to distribute narcotics. Defendant also has state-court convictions for being a felon in possession of a firearm, for distribution of a controlled substance, for felony possession of a controlled substance, for misdemeanor possession of a controlled substance, and for misdemeanor unlawful use of drug paraphernalia (1422-CR00141). Defendant is currently on parole supervision as a result of that case.

4. The defendant has a history possessing firearms, as evidenced by his criminal history. Defendant also has a history of not complying with supervision.

5. The facts and circumstances surrounding this offense alone warrant detention. Defendant, who has been convicted of felonies in both State and Federal Court, and who has previously been convicted of being a felon in possession of a firearm, led police officers on a dangerous vehicle chase because he "did not want to be caught with his gun.

6. The defendant's criminal history and the nature and circumstances of the offense charged, reflects that there is a serious danger to the community that would be posed by the defendant's release.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Gregory M. Goodwin*
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney