THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>FELIPE LORTHRIDGE,<br>　　　Defendant. | )<br>)<br>)　　No. 4:19CR00715 SRC (NAB)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

COMES NOW Defendant, by and though counsel, and requests that this Court grant Defendant leave to file a Motion under seal. Defendant's Motion contains protected medical information that is not available to the general public and it is in the interest of justice that the Motion not be included as a part of the public record.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　__/s/ Kim C Freter_____
　　　　　　　　　　　　　　　　　　Kim C. Freter #47777MO
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　650 Missouri Ave, Rm G-10A
　　　　　　　　　　　　　　　　　　East St. Louis, IL 62201
　　　　　　　　　　　　　　　　　　Telephone:  (618)482-9050
　　　　　　　　　　　　　　　　　　Kim_Freter@fd.org

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

1

      I do hereby certify that a copy of the foregoing was delivered to the Attorney for the Government, Mr. Gregory Goodwin, the Court's electronic filing system on this 22nd day of January, 2021.

                                                                    /s/ Kim C Freter_____
                                                                   Attorney for Defendant